# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

LG Construction Group LLC

                                              Plaintiff,

v.                                                                                   Case No.: 1:24–cv–00511
                                                                                   Honorable Jeremy C. Daniel

Westfield Insurance Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 16, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion to dismiss [11] is granted for the reasons stated on the record; namely, because this case is duplicative of 24–cv–00480. In this case, plaintiff LG Construction Group LLC seeks a declaration that certain insurance policies require defendant Westfield Insurance Company to defend LG in an arbitration proceeding against third–party Laura Ricketts. In 24–cv–00480, Westfield also seeks a declaration of the parties' rights and duties under that same insurance policy, including that Westfield owes no duty to defend or indemnify LG under the policies. These lawsuits represent two sides of the same coin. They concern the same parties, insurance policies, and construction project. Efficient judicial administration requires dismissal of this action in favor of the parallel (and earlier–filed) action already pending in federal court. The Court will enter a separate order in 24–cv–00480 allowing LG to amend its answer to add counterclaims in that case. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.